IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JACK WALKER,<br><br>    Plaintiff,<br><br>vs.<br><br>300 SOUTH MAIN, LLC, a Utah Limited Liability company,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER VACATING MEMORANDUM DECISION AND ORDER DENYING IN PART PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND DENYING MOTION<br><br><br>Case No. 2:05-CV-442 TS |

   The parties having clarified their positions on the Motion for Judgment on the Pleadings, it is therefore

   ORDERED that the October 22, 2007 Memorandum Decision and Order Granting in Part Motion for Judgment on the Pleadings (Docket No. 191) is VACATED.  It is further

ORDERED that Plaintiff's Motion for Judgment on the Pleadings (Docket No. 157) is DENIED.

DATED  October 22, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge